**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

LOUIS RODRIGUEZ, SR., and LOUIS RODRIGUEZ, JR.,

Plaintiffs,

v.

WASTE MANAGEMENT OF NEW JERSEY, INC., and ESMOND PATRAM,

Defendants.

Civil Action No. 24-5574 (JXN)(JBC)

**ORDER**

**NEALS**, District Judge

Before the Court is Defendant Waste Management of New Jersey Inc.'s ("Waste Management") objection to Magistrate Judge Clark's Report and Recommendation ("R&R") recommending the Court grant Plaintiffs Louis Rodriguez, Sr. ("Rodriguez Sr."), and Louis Rodriguez, Jr.'s ("Rodriguez Jr.") (collectively, "Plaintiffs") motion to remand (ECF No. 17). Plaintiffs did not reply. The Court has carefully considered the R&R, Waste Management's objection, and the record, and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure[1] 78 and Local Civil Rule 78.1.

For the reasons stated in the accompanying Opinion,

**IT IS** on this **9th** day of July 2026

**ORDERED** that:

1.  Magistrate Judge Clark's R&R (ECF No. 15) is **ADOPTED**;

2.  Plaintiffs' motion to remand (ECF No. 7) is **GRANTED**;

3.  This matter is **REMANDED**; and

---

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

4. The Clerk of Court is directed to close this case.

                                          **JULIEN XAVIER NEALS**
                                          **United States District Judge**